# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 522 EAL 2015
                 :
           Respondent       :
                 : Petition for Allowance of Appeal from
                 : the Order of the Superior Court
           v.              :
                 :
                 :
KENYA HERRING,            :
                 :
           Petitioner        :

## ORDER

**PER CURIAM**

    **AND NOW**, this 1st day of December, 2015, the Petition for Allowance of Appeal is **DENIED**.